ACCEPTED
01-15-00285-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
9/2/2015 7:47:38 PM
CHRISTOPHER PRINE
CLERK

No. 01-15-00285-CV

**IN THE**

**FIRST COURT OF APPEALS**

**HOUSTON, TEXAS**

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
9/2/2015 7:47:38 PM
CHRISTOPHER A. PRINE
Clerk

---

JACKIE ANDERSON, PATRICK COCKERHAM, DIANN BANKS, HERBERT LENTON, and MABLE CALEB,

Plaintiff-Appellants

v.

TERRY GRIER, SUPERINTENDENT OF THE HOUSTON INDEPENDENT SCHOOL DISTRICT,

Defendant-Appellee

---

Appeal from the 164th Judicial District of Harris County;
Trial Court Cause No. 2010-21712 (Hon. Alexandra Smoots-Hogan)

---

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPELLANTS' BRIEF**

---

Laurence W. Watts
State Bar No. 20981000
P.O. Box 2214
Missouri City, Texas 77459
Tel (281) 431-1500
Fax (877) 797-4055
Email: wattstrial@gmail.com
**COUNSEL FOR PLAINTIFF-APPELLANTS**

No. 01-15-00285-CV

IN THE

FIRST COURT OF APPEALS

HOUSTON, TEXAS

---

JACKIE ANDERSON, PATRICK COCKERHAM, DIANN BANKS, HERBERT LENTON, and MABLE CALEB,

Plaintiff-Appellants

v.

TERRY GRIER, SUPERINTENDENT OF THE HOUSTON INDEPENDENT SCHOOL DISTRICT,

Defendant-Appellee

---

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPELLANTS' BRIEF**

---

TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:

Come Now Jackie Anderson, Patrick Cockerham, Diann Banks, Herbert Lenton, and Mable Caleb, the Plaintiff-Appellants, (hereafter referred to collectively as "Appellants"), and file this their First Unopposed Motion for Extension of time to file Appellants' brief on the merits, for cause, and respectfully show the following:

**I.**

2

**I.**

1. Appellants brought this suit against Defendant-Appellee, Doctor Terry Grier, Superintendent of Houston Independent School District, (hereafter referred to as "Appellee").

2. On February 27, 2015, the trial court signed an order granting Appellee's Plea to the Jurisdiction and dismissing Appellants' claims.

3. Appellants timely filed a Notice of Appeal to this Court on March 25, 2015.

**II.**

1. The deadline for filing Appellants' brief was August 19, 2015; however, for a number of reasons, and due to no fault of the Appellants themselves, the deadline was not brief was not timely filed.[1] Appellants respectfully request leave to file out of time, and an extension of time to file their brief on the merits until and through September 25, 2015.

2. The extension is necessary due to recent and continuing briefing deadlines and scheduling obligations of Appellants' counsel in other cases, including previously scheduled out of town and out of state depositions for federal cases in which the deadlines for completing discovery were approaching.[2]

---

[1] The notification from the court was missed by Appellants' counsel's office and not calendared. As a result, the briefing deadline was missed. Appellants' counsel has been in the process of hiring and training new associate(s) and support staff, which may have contributed to the oversight.

[2] *Laura Covington v. Jeffery Covington; Justin Barham; Jeremy Kidd individually and in his official capacity; City of Madisonville, Texas; The Madisonville Police Department*, In the United

3.     Appellants' counsel was away from his office conducting depositions on Drummond Island, Michigan, between August 11 and 15, 2015, and in Madisonville, Texas, on August 5 and 19, 2015.  Appellants' counsel was also preparing multiple responses to motions to dismiss and/or motions for summary judgment due and filed on or about August 10 through 31, 2015, with extensions of time.[3]

4.     Further, Appellants' counsel has been preparing appellate briefs in other cases, including the appellant's brief to the Fifth Circuit Court of Appeals due and filed on August 31, 2015, with extensions of time (*Brian Waterman v. McKinney Independent School District*; Case No. 15-40458); and the appellant's brief to the U.S. Fifth Circuit Court of Appeals due on September 6, 2015, with extensions of time (*Eric Heilman v. Jefferson County, et al,*, Case No. 15-40010).

5.     In addition, Appellants' counsel had necessary eye surgery on July 30,

---

States District Court for the Southern District of Texas, Houston Division; Case No. 4:13-CV-03300 (discovery closed on July 31, 2015; deposition by prior agreement of the former chief of police near Drummond Island, Michigan); *David Sims v. City of Madisonville, Texas, Madisonville Police Department, and Jeffery Covington*; In the United States District Court for the Southern District of Texas, Houston Division; Case No. 4:14-CV-02145 (discovery closed on August 19, 2015).

[3] *C'Brionne Hendrix v. Beaumont Independent School District, et al.*, Case No. 1:15-CV-235-RC, In The United States District Court for the Eastern District of Texas, Beaumont Division (responses due and filed to multiple defendants' dispositive motions on August 10, 17, and 31, 2015, with extensions of time); and *Rebecca Bowden v. Jefferson County, Texas et al*; In The United States District Court for the Eastern District of Texas, Beaumont Division; Case No. 1:14-cv-00287-MAC (responses due and filed to multiple defendants' dispositive motions on August 21, 2015, with more than thirty day extension of time).

4

2015, and a second eye surgery on August 26, 2015, which threw counsel's schedule into disarray and required approximately five (5) days of recovery before counsel could adequately see to read and write, and again.

6.     Due to the briefing and scheduling obligations of Appellants' counsel in other matters, the personal matters, and the nature of the proceedings and issues involved in this appeal, additional time is required for the preparation of Appellants' brief.

7.     No previous extensions of time have been sought.

8.     This Motion is not made for delay alone, but so that justice may be done.

### III.  Conference

9.   On September 2, 2015, Appellants' counsel conferred with opposing counsel of record, Mr. John Hopkins, who stated that Appellee do not oppose this Motion or requested extension of time.

### CONCLUSION & PRAYER

WHEREFORE, Appellants respectfully prays that the Honorable Court grant this Motion and grant Appellants leave to file, and an extension of time to file Appellants' brief until and through September 25, 2015.

Respectfully submitted,

/s/ *Laurence W. Watts*
Laurence W. Watts

5

State Bar No. 20981000
P.O. Box 2214
Missouri City, Texas 77459
Tel (281) 431-1500
Fax (877) 797-4055
wattstrial@gmail.com

J. Paxton Adams
State Bar No. 24042459
1113 Twelfth Street
Huntsville, Texas 77340
(936) 291-9900
(936) 291-9903 – facsimile
huntsvilleatty@att.net

ATTORNEYS FOR PLAINTIFF-APPELLANTS

## VERIFICATION

I, Laurence Watts, hereby verify that any and all facts stated herein that are not contained in the record are true and correct to my knowledge.

/s/ *Larry Watts*
Laurence ("Larry") Watts

## CERTIFICATE OF SERVICE

I hereby certify that on 2nd day of September 2015, a true and correct copy of the foregoing document was served on opposing counsel(s) of record by e-service, if available, and/or by facsimile transmission, to:

John Hopkins
Thompson & Horton LP
3200 Southwest Freeway, Suite 2000
Houston, Texas 77027
jhopkins@thompsonhorton.com

/s/ *Larry Watts*
Laurence ("Larry") Watts

7

# CERTIFICATE OF CONFERENCE

I hereby certify that on the 2nd day of September 2015, I conferred with opposing counsel of record, Mr. John Hopkins, who stated that Appellee does not oppose this Motion or requested extension of time to file Appellants' brief.

/s/ *Larry Watts*
Laurence ("Larry") Watts